ABRAHAM M. KATZ, Appellant, v. CAPRI FROCKS, INC., and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

HIYA CHRISTIANSON, Also Known as HILDA CHRISTIANSON, and CARL CHRISTIANSON, Appellants, v. WILLIAM D. BREEN and WILLIAM P. CARNEY, as Executors, etc., of JOHN J. CURTIN, Deceased, and KATHERINE BREEN, Respondents.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Untermyer and Cohn, JJ., dissent and vote to reverse.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NATHAN KAUFMAN, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

HENRY BAKER and Others, Respondents, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.; Martin, P. J., dissents and votes to reverse and dismiss the complaint.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM EISER, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

THE F. & M. SCHAEFER BREWING CO. (a Corporation), Appellant, v. NATHAN BELLIS and PANETIAN TAVERN, INC., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.